UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL (CHAIM SHLOMO) FISCHER, AHARON (ALEX) FISCHER, ISACHAR DOV FISCHER, ISRAEL FISCHER, ESTATE OF SIMCHA YEHUDA YESHA'AYAU FISCHER and ESTATE OF ABRAHAM GABI GABOR FISCHER,<br><br>                Plaintiffs,<br>v.<br>ERSTE GROUP BANK AG a/k/a Erste Bank der Oesterreichischen Sparkassen AG, Erste Bank Oesterreich or Erste Bank Austria ("Erste"), BAYERISCHE LANDESBANK a/k/a BayernLB or Bavarian State Bank, MKB BANK Zrt. ("MKB") and MAGYAR NEMZETI BANK,<br><br>                Defendants. | No. 12-cv-3328<br><br>Kuntz, J. |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between all Plaintiffs and all Defendants, that the time for Bayerische Landesbank to answer, move with respect to, or otherwise respond to plaintiffs' Complaint is extended to and includes December 6, 2012.

Dated: November 6, 2012

McCALLION & ASSOCIATES LLP

By: *Kenneth McCallion/JJ*
    Kenneth F. McCallion
    100 Park Avenue – 16th floor
    New York, New York 10017

*Attorneys for Plaintiffs*

**SO ORDERED:**

_____
U.S.D.J.

MAYER BROWN LLP

By: s/Mark G. Hanchet
    Mark G. Hanchet
    Christopher J. Houpt
    1675 Broadway
    New York, New York 10019
    (212) 506-2500

*Attorneys for Defendant
Bayerische Landesbank*