UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PAUL (CHAIM SHLOMO) FISCHER, AHARON (ALEX) FISCHER, ISACHAR DOV FISCHER, ISRAEL FISCHER, ESTATE OF SIMCHA YEHUDA YESHA'AYAU FISCHER and ESTATE OF ABRAHAM GABI GABOR FISCHER,

    Plaintiffs,

v.

ERSTE GROUP BANK AG a/k/a Erste Bank der Oesterreichischen Sparkassen AG, Erste Bank Oesterreich or Erste Bank Austria ("Erste"), BAYERISCHE LANDESBANK a/k/a BayernLB or Bavarian State Bank, MKB BANK Zrt. ("MKB") and MAGYAR NEMZETI BANK,

    Defendants.

No. 12-cv-3328

Kuntz, J.

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between all Plaintiffs and Defendant Bayerische Landesbank, that the time for Bayerische Landesbank to answer, move with respect to, or otherwise respond to the Complaint is extended to the later of: (1) 30 days after proof of service is entered on the docket with respect to service on the last of the four defendants; or (2) 30 days after Plaintiffs provide written notice to Bayersiche Landesbank that they have been unable to effect service on one or more of the three other defendants.

Dated: December 3, 2012

McCALLION & ASSOCIATES LLP

By: _____
Kenneth F. McCallion
100 Park Avenue – 16th floor
New York, New York 10017
(914) 698-2816

*Attorneys for Plaintiffs*

MAYER BROWN LLP

By: _____
Mark G. Hanchet
1675 Broadway
New York, New York 10019
(212) 506-2500

*Attorneys for Defendant Bayerische Landesbank*

SO ORDERED:

_____
U.S.D.J.