UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KI

**PAUL (CHAIM SHLOMO) FISCHER, AHARON (ALEX) FISCHER, ISACHAR DOV FISCHER, ISRAEL FISCHER, ESTATE OF SIMCHA YEHUDA YESHA'AYAU FISCHER** and **ESTATE OF ABRAHAM GAB! GABOR FISCHER,**

Case No. 1:12-CV-03328-WK-RER

**NOTICE OF APPEARANCE**

Plaintiffs,

v.

**ERSTE GROUP BANK AG** a/k/a **Erste Bank der Oesterreichischen Sparkassen AG, Erste Bank Oesterreich or Erste Bank Austria ("Erste"), BAYERISCHE LANDESBANK** a/k/a **BayernLB or Bavarian State Bank, MKB BANK Zrt. ("MKB") and MAGYAR NEMZETI BANK,**

Defendants.
-----------------------------------x

PLEASE TAKE NOTICE that Richard H. Weisberg, Professor of Law, Benjamin N. Cardozo School of Law, hereby appears in the above-captioned action as counsel to the law firm of McCallion & Associates LLP, attorneys for Plaintiffs, and requests that copies of all pleadings and other documents relevant to this matter be sent to him at the at the address noted below.

Dated: January 7, 2013
    New York, New York

McCALLION & ASSO IATES LLP

By: Kennth . McCallion
    100 Park Avenue - 16th floor
    New York, New York
    (646) 366-0880
    Attorneys for Plaintiffs

Of Counsel:
Professor Richard H. Weisberg
Benjamin N. Cardozo School of Law
*55* Fifth Avenue
New York, New York 10003
(212) 790-0200

To:
Mark G. Hanchet, Esq.
Mayer Brown LLP
*1675* Broadway
New York, New York 10019
(212) 506-2500
Attorneys for Defendant Bayerische Landesbank

All Other Counsel of Record