

**ERSTE BANK HUNGARY ZRT.**
H-1138 Budapest, Népfürdő u. 24-26.
Postacím: Budapest 1933
Telefon: 06 40 222 221
Telefax: 06 1 272 5160

www.erstebank.hu
uszolg@erstebank.hu

**United States District Court**
**Eastern District of New York**
225 Cadman Plaza East
Brooklyn, NY 11201
USA

J/0147/2013/KI

12-cv-3328

*FILED CLERK*
*2013 APR -1 PM 12:21*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT*

**Re: Rejection and return of court documents served on wrong addressee**

Budapest, March 28th, 2013

Dear Sirs:

We received the enclosed documents on March 25th, 2013. However, we are not one of the defendants that are named in these documents. The documents name Erste Group Bank, instead of Erste Bank Hungary, as a defendant.

Erste Bank Hungary is a separate legal entity from Erste Group Bank, does not act as an agent of Erste Group Bank, and has no authority to accept service on Erste Group Bank.

We contacted the court here in Budapest, Hungary that sent these documents to us, namely the Pesti Központi Kerületi Bíróság (the District Court of Central Budapest) to ask them how we should reject these documents, and they instructed us to return them to the US District Court, Eastern District of New York.

Accordingly, we are returning these documents to you and rejecting service of process for them.

Yours sincerely

**Dr. Anna Németh**
Legal Counsel, Head of Department
Legal Directorate
Retail and Corporate Legal Department
**Erste Bank Hungary Zrt.**

**Dr. Ildikó Gál**
Legal Counsel, Head of Department
Legal Directorate
Branch Network and Administration
Legal Department
**Erste Bank Hungary Zrt.**

ERSTE BANK HUNGARY Zrt.
1138 Budapest, Népfürdő u. 24-26.
**102.**

**Annex:**

Court documents served on Erste Bank Hungary in Budapest, Hungary on March 25th, 2013.

Cégjegyzékszám:
Fővárosi Bíróság
Cg. 01-10-041054