UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL (CHAIM SHLOMO) FISCHER, AHARON (ALEX) FISCHER, ISACHAR DOV FISCHER, ISRAEL FISCHER, ESTATE OF SIMCHA YEHUDA YESHA'AYAU FISCHER and ESTATE OF ABRAHAM GABI GABOR FISCHER,<br><br>    Plaintiffs,<br><br>v.<br><br>ERSTE GROUP BANK AG a/k/a Erste Bank der Oesterreichischen Sparkassen AG, Erste Bank Oesterreich or Erste Bank Austria ("Erste"), BAYERISCHE LANDESBANK a/k/a BayernLB or Bavarian State Bank, MKB BANK Zrt. ("MKB") and MAGYAR NEMZETI BANK,<br><br>    Defendants. | 12-cv-03328 (WFK)(RER)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant Erste Group Bank AG.

    I certify that I am admitted to practice in this court.

Dated: May 16, 2013

                                                      s/Alan Kanzer
                                                      Alan Kanzer
                                                      ALSTON & BIRD LLP
                                                      90 Park Avenue
                                                      New York, New York 10016
                                                      Tel:    212-210-9480
                                                      Fax:   212-922-3980
                                                      Email: alan.kanzer@alston.com
                                                      *Attorney for Defendant Erste Group Bank AG*