UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL (CHAIM SHLOMO) FISCHER, AHARON (ALEX) FISCHER, ISACHAR DOV FISCHER, ISRAEL FISCHER, ESTATE OF SIMCHA YEHUDA YESHA'AYAU FISCHER and ESTATE OF ABRAHAM GABI GABOR FISCHER,<br><br>      Plaintiffs,<br><br>v.<br><br>ERSTE GROUP BANK AG a/k/a Erste Bank der Oesterreichischen Sparkassen AG, Erste Bank Oesterreich or Erste Bank Austria ("Erste"), BAYERISCHE LANDESBANK a/k/a BayernLB or Bavarian State Bank, MKB BANK Zrt. ("MKB") and MAGYAR NEMZETI BANK,<br><br>      Defendants. | 12-cv-03328 (WFK)(RER)<br><br><br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant Erste Group Bank AG.

I certify that I am admitted to practice in this court.

Dated: May 16, 2013

                                       s/Amber Wessels-Yen
                                       Amber Wessels-Yen
                                       ALSTON & BIRD LLP
                                       90 Park Avenue
                                       New York, New York 10016
                                       Tel:    212-210-9594
                                       Fax:   212-210-9444
                                       Email: amber.wessels-yen@alston.com
                                       *Attorney for Defendant Erste Group Bank AG*

LEGAL02/34124648v1