KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
(212) 940-8800 (phone)
(212) 940-8776 (fax)
Jonathan J. Faust (email: jonathan.faust@kattenlaw.com)
*Attorneys for Defendant Magyar Nemzeti Bank*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL (CHAIM SHLOMO) FISCHER, AHARON (ALEX) FISCHER, ISACHAR DOV FISCHER, ISRAEL FISCHER, ESTATE OF SIMCHA YEHUDA YESHA'AYAU FISCHER and ESTATE OF ABRAHAM GABI GABOR FISCHER<br><br>*Plaintiffs,*<br><br>ERSTE GROUP BANK AG, BAYERISCHE LANDESBANK, MKB BANK Zrt. and MAGYAR NEMZETI BANK,,<br><br>*Defendants.* | Civil Case No. 3328 CV 12 (WFK)(RER)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant Magyar Nemzeti Bank ("MNB") and requests that all notices and papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
May 20, 2013

KATTEN MUCHIN ROSENMAN LLP

By: _____
Jonathan J. Faust
Anthony L. Paccione
575 Madison Avenue
New York, New York 10022
212-940-8800
jonathan.faust@kattenlaw.com
*Attorneys for Defendant MNB*

84717752

To:

Kenneth F. McCallion, Esq.
McCALLION & ASSOCIATES LLP
*Attorneys for Plaintiffs*
100 Park Avenue – 16th Fl
New York, New York 10017

Mark Hanchett, Esq.
Laura Graham, Esq.
MAYER BROWN LLP
*Attorneys for Defendant Bayerische Landesbank*
1675 Broadway
New York, New York 10019

Alan Kanzer, Esq.
Amber Wessels-Yen, Esq.
ALSTON & BIRD LLP
*Attorneys for Defendant Erste Group Bank AG*
90 Park Avenue
New York, New York 10016