IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

PAUL (CHAIM SHLOMO) FISCHER, AHARON (ALEX) FISCHER, ISACHAR DOV FISCHER, ISRAEL FISCHER, ESTATE OF SIMCHA YEHUDA YESHA'AYAU FISCHER and ESTATE OF ABRAHAM GABI GABOR FISCHER

*Plaintiffs,*

ERSTE GROUP BANK AG, BAYERISCHE LANDESBANK, MKB BANK Zrt. and MAGYAR NEMZETI BANK,,

*Defendants.*

Civil Case No. 3328 CV 12 (WFK)(RER)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between all counsel appearing herein that, no prior request for relief having been made, the time for defendant Magyar Nemzeti Bank ("MNB") to answer, move or otherwise respond to the Complaint is extended from May 31, 2013 to and including June 28, 2013.

Dated: New York, New York
May 16, 2013

McCALLION & ASSOCIATES LLP

By: _____
Kenneth F. McCallion, Esq.

*Attorneys for Plaintiffs*
100 Park Avenue – 16th Fl
New York, New York 10017

KATTEN MUCHIN ROSENMAN LLP

By: _____
Jonathan J. Faust, Esq.

*Attorneys for Defendant MNB*
575 Madison Avenue
New York, New York 10022

NEW YORK   CHARLOTTE   CHICAGO   IRVING   LOS ANGELES   PALO ALTO   WASHINGTON, DC   WWW.KATTENLAW.COM
A law partnership including professional corporations
84031704.1

MAYER BROWN LLP

By: *[signature]*
Mark Hanchett
Laura Graham

*Attorneys for Defendant Bayerische Landesbank*
1675 Broadway
New York, New York 1001p

ALSTON & BIRD LLP

By: *[signature]*
Alan Kanzer
Amber Wessels-Yen

*Attorneys for Defendant Erste Group Bank AG*
90 Park Avenue
New York, New York 10016


SO ORDERED:

_____
U.S.D.J.

84031704 1