**KattenMuchinRosenman LLP**

575 Madison Avenue
New York, NY 100222585
212.940.8800 tel
212.940.8776 fax

Jonathan J. Faust
jonathan.faust@kattenlaw.com
212.940.8639 direct
212.894.5639 fax

May 20, 2013

**DELIVERY BY HAND**

Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Fischer, et al. V. Erste Group Bank A.G., et al. ; 3328 CV 12</u>

Dear Judge Kuntz:

This office represents defendant Magyar Nemzeti Bank ("MNB"), the central bank of Hungary, in the above referenced action. We herewith submit a courtesy hard-copy of a stipulation adjourning MNB's time to respond to the Complaint to and including June 28, 2013, which we respectfully request the Court "so-order". MNB has not previously requested or received an extension of the deadline to respond.

Respectfully submitted,

Jonathan J. Faust

cc:

Kenneth F. McCallion, Esq.
McCALLION & ASSOCIATES LLP
*Attorneys for Plaintiffs*
100 Park Avenue – 16th Fl
New York, New York 10017

Mark Hanchett, Esq.
Laura Graham, Esq.
MAYER BROWN LLP
*Attorneys for Defendant Bayerische Landesbank*
1675 Broadway
New York, New York 10019

**Katten**MuchinRosenman LLP

Page 2

Alan Kanzer, Esq.
Amber Wessels-Yen, Esq.
ALSTON & BIRD LLP
*Attorneys for Defendant Erste Group Bank AG*
90 Park Avenue
New York, New York 10016