UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
PAUL (CHAIM SHLOMO) FISCHER, :
AHARON (ALEX) FISCHER, ISACHAR :
DOV FISCHER, ISRAEL FISCHER, ESTATE :
OF SIMCHA YEHUDA YESHA'AYAU : Case No. 12 CV 3328
FISCHER and ESTATE OF ABRAHAM GABI : (WFK) (RER)
GABOR FISCHER, :
:
Plaintiffs, :
v. : **NOTICE OF APPEARANCE**
:
ERSTE GROUP BANK AG a/k/a Erste Bank :
der Oesterreichischen Sparkassen AG, Erste :
Bank Oesterreich or Erste Bank Austria, :
BAYERISCHE LANDESBANK a/k/a :
BayernLB or Bavarian State Bank, MKB :
BANK Zrt. and MAGYAR NEMZETI BANK, :
:
Defendants. :
------------------------------------------------------------ x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for proposed *amicus curiae* the Republic of Austria. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       May 21, 2013

                FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

                By: /s/Gerald G. Paul
                     Gerald G. Paul

                One Liberty Plaza
                New York, New York 10006-1404
                Tel: (212) 412-9500
                Fax: (212) 964-9200
                gpaul@fzwz.com

                *Attorneys for proposed amicus curiae the Republic of Austria*