UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL (CHAIM SHLOMO) FISCHER, AHARON (ALEX) FISCHER, ISACHAR DOV FISCHER, ISRAEL FISCHER, ESTATE OF SIMCHA YEHUDA YESHA'AYAU FISCHER and ESTATE OF ABRAHAM GABI GABOR FISCHER,<br><br>    Plaintiffs,<br><br>               v.<br><br>ERSTE GROUP BANK AG a/k/a Erste Bank der Oesterreichischen Sparkassen AG, Erste Bank Oesterreich or Erste Bank Austria ("Erste"), BAYERISCHE LANDESBANK a/k/a BayernLB or Bavarian State Bank, MKB BANK Zrt. ("MKB") and MAGYAR NEMZETI BANK,<br><br>    Defendants. | Civil Action No. 1:12-cv-03328<br><br>Judge William F. Kuntz |

## DEFENDANT ERSTE GROUP BANK AG'S STATEMENT UNDER FED. R. CIV. P. 7.1

      Pursuant to Fed. R. Civ. P. 7.1, defendant Erste Group Bank AG ("EGB") hereby states that CaixaBank, S.A., a publicly-held corporation listed on the Madrid Stock Exchange, owns approximately 10% of EGB's stock.

      These representations are made in order that judges of this court may determine the need for recusal.

- 2 -

| | |
|---|---|
| Dated: New York, New York<br>May 23, 2013 | **ALSTON & BIRD LLP**<br><br>By:   /s/ Amber Wessels-Yen   <br>      Alan Kanzer<br>      Amber Wessels-Yen<br>      90 Park Avenue<br>      New York, NY  10016<br>      Phone:  (212) 210-9400<br>      Fax:  (212) 210-9444<br>      alan.kanzer@alston.com<br>      amber.wessels-yen@alston.com<br><br>      *Attorneys for Defendant Erste*<br>      *Group Bank AG* |