UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL (CHAIM SHLOMO) FISCHER, AHARON (ALEX) FISCHER, ISACHAR DOV FISCHER, ISRAEL FISCHER, ESTATE OF SIMCHA YEHUDA YESHA'AYAU FISCHER AND ESTATE OF ABRAHAM GABI GABOR FISCHER, <br><br> PLAINTIFFS, <br><br> – AGAINST – <br><br> ERSTE GROUP BANK AG A/K/A ERSTE BANK DER OESTERREICHISCHEN SPARKASSEN AG, ERSTE BANK OESTERREICH OR ERSTE BANK AUSTRIA ("ERSTE"), BAYERISCHE LANDESBANK A/K/A BAYERNLB OR BAVARIAN STATE BANK, MKB BANK ZRT. ("MKB") AND MAGYAR NEMZETI BANK, <br><br> DEFENDANTS. | JUDGE KUNTZ <br><br> MAGISTRATE JUDGE REYES <br><br> CIV. 12-3328 <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P., RULE 41(A)(1)(A)(I)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Paul (Chaim Shlomo) Fischer, Aharon (Alex) Fischer, Isachar Dov Fischer, Israel Fischer, Estate of Simcha Yehuda Yesha'Ayau Fischer and Estate of Abraham Gabi Gabor Fischer, Plaintiffs herein, voluntarily dismiss their claims in the above-entitled action as against Defendant MKB Bank Zrt.

Dated: New York, New York
~~May 17, 2013~~
June 25

Respectfully submitted,
McCALLION & ASSOCIATES LLP

By: _____
Kenneth F. McCallion (KFM 1591)
100 Park Avenue – 16th Floor
New York, New York 10017

*Attorney for Plaintiffs*