UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PAUL (CHAIM SHLOMO) FISCHER,
AHARON (ALEX) FISCHER, ISACHAR
DOV FISCHER, ISRAEL FISCHER,
ESTATE OF SIMCHA YEHUDA
YESHA'AYAU FISCHER and
ESTATE OF ABRAHAM GABI
GABOR FISCHER,

       Plaintiffs,

  v.

ERSTE GROUP BANK AG a/k/a Erste
Bank der Oesterreichischen Sparkassen
AG, Erste Bank Oesterreich or Erste
Bank Austria ("Erste"), BAYERISCHE
LANDESBANK a/k/a BayernLB or
Bavarian State Bank, MKB BANK Zrt.
("MKB") and MAGYAR NEMZETI
BANK,

       Defendants.
-----------------------------------------------------------------x

Civil Action No. 1:12-cv-03328

Judge Kuntz

PLAINTIFFS' APPLICATION
FOR VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. RULE
41(a)(2)

   Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Paul (Chaim Shlomo) Fischer, Aharon (Alex) Fischer, Isachar Dov Fischer, Israel Fischer, Estate of Simcha Yehuda Yesha'Ayau Fischer and Estate of Abraham Gabi Gabor Fischer hereby request that their claims in the above entitled action be voluntarily dismissed as against Defendants Erste Group Bank AG a/k/a Erste Bank Der Oesterreichischen Sparkassen AG, Erste Bank Oesterreich or Erste Bank Austria ("Erste"), Bayerische Landesbank a/k/a Bayernlb or Bavarian State Bank, and Magyar Nemzeti Bank, without prejudice or any adjudication on the merits, and without costs or fees to any party.

Dated: New York, New York
    July 5, 2013

                                        Respectfully submitted,

                                        McCALLION & ASSOCIATES LLP

                                        By: _____
                                        Kenneth F. McCallion (KFM 1591)
                                        100 Park Avenue – 16th floor
                                        New York, New York 10017
                                        Attorneys for Plaintiffs

The application is ____ granted
    s/WFK
_____
William F. Kuntz, II, U.S.D.J.
Dated: July   , 2013
      Brooklyn, New York

2